IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODDRICUS CORDELL MAITEN, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.11-00305-WS-B |
| JOHN TUCKER, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that John Tucker's motion for summary judgment be **GRANTED** and that Plaintiff's action against said Defendant be **DISMISSED** with prejudice.

**DONE** this 17th day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**