IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODDRICUS CORDELL MAITEN, *
                          *
    Plaintiff,            *
                          *
vs.                       *   CIVIL ACTION NO.11-00305-WS-B
                          *
JOHN TUCKER,              *
                          *
    Defendant.            *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that John Tucker's motion for summary judgment be **GRANTED** and that Plaintiff's action against said Defendant be **DISMISSED** with prejudice.

**DONE** this 17th of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**